UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| CARL ESPOSITO,<br><br>    Plaintiff,<br><br>    v.<br><br>COLUMBIA COMMUNITY ASSOCIATION, et al.,<br><br>    Defendants. | Case No.16-cv-01241-LB<br><br>**ORDER DENYING PERMISSION FOR ELECTRONIC CASE FILING BY AGENT**<br><br>Re: ECF No. 7 |

Joshua Laine seeks permission to use the court's Electronic Case Filing ("ECF") system on behalf of the plaintiff Carl Esposito, a pro se litigant.[1] Mr. Laine says that he is Mr. Esposito's agent, but the court is unclear on the relationship between Mr. Laine and Mr. Esposito. While attorneys uniformly have access to the necessary resources to utilize ECF, pro se litigants are screened on a case-by-case basis because of their diverse backgrounds and skills.[2] Mr. Laine is not, to the court's knowledge, an attorney; even if he were, he is not representing Mr. Esposito on the record. A person may not appear pro se on behalf of another person.[3]

Civil Local Rule 5-1(b) allows a pro se party to move the court to become a registered user of

---

[1] Motion – ECF No. 7 at 1. Record citations refer to material in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the tops of documents.
[2] *Greenspan v. Admin. Office of the U.S. Cts.*, No. 14-cv-02396-JTM, 2014 WL 6847460, at *7 (N.D. Cal Dec. 4, 2014).
[3] *Pridgen v. Andresen*, 113 F.3d 391, 393 (2nd Cir. 1997).

ORDER (No. 16-cv-01241-LB)

the court's ECF system. Once registered, an ECF user may authorize another to electronically file documents using his or her user ID and password. L.R. 5-1(c)(4). Mr. Laine must therefore first move the court for access to ECF. He may then grant Mr. Laine access to his ECF account, if he so chooses.

Accordingly, Mr. Laine's motion for permission to access the ECF system is denied without prejudice. Mr. Esposito must follow court procedures for obtaining permission to access ECF as a pro se litigant, if he still wishes to do so. Mr. Esposito is also advised that if he authorizes Mr. Laine as a user on his ECF account, he retains full responsibility for any document filed by Mr. Laine. *See* L.R. 5-1(c)(4).

**IT IS SO ORDERED.**

Dated: March 28, 2016

_____
LAUREL BEELER
United States Magistrate Judge